2254___ 1983 ✓
FILING FEE PAID
Yes___ No ✓
IFP MOTION FILED
Yes___ No ✓
COPIES SENT TO
Court ✓ ProSe___

FILED
MAR 1 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Southern District Court
880 Front street suite 4290
San Diego C.A 92101-8900

Chadwick ARDY
C.m.c 73-20
P.o Box 8101
San luis obispo C.A 93409

'08 CV 0483 JM PCL

Dear sir/maddom.

well This is mr Chadwick and I am writting you To let you Know my Doctor here at cmc Doctor LEE Told my I will be on my Sezzer pills for The rest of my life, as you do Know I send you a STATE-ment of my witness who saw The police Beat me up my lowyer David K Rackin had lie To me about The Ple But I am not sueing Them about The Ple I am sueing for The Dameage That cop Did To me. Bursted my Ear Drum head injury and lowyer Back. The cop had no right To put his hands on me. I want This case To be in frount of a jury. I want The Trueth To be know. one of The officer is officer Hall But I could not get The name of The white cop who did This To me, I would need a lowyer. I ask for a lowyer who will help me like when I wanted To get rid of The lowyer I had and The court wouldn't let me, I knew This was a Kangaroo court I Told my lowyer I wanted To go To Trile my lowyer said no we wasn't going To ~~go to~~ Trile, The cop DiD not read me my rights,

But what The white cop DiD TO was Beat me up. yeh again He had no reason for putting his hand on me// he ask me if my name was meluan I

But I Truely want the court to know about This. again I want the Trueth to be out and I am going to Tell the whole Trueth

Thank You.

Chadwick HARDY

No see officer Hall work and gave money To a smoker who go by The name Shorty. I want The Court To know my family will write To The News station I am going To go To News 10 and I am going To Tell Them Them The Trueth cop can't be Trusted. They will beat you up.
yeh I'm sueing for 3.15 million Dollors officer Hall work on Team 8. BuT he would in trap you. I'm going To puT The Trueth on The stand Be-side you won'T have To see me Tell The Trueth I got To where hereing aids now and now I have Back Brace yeh I would'nT call on The police if There was a Robbry was Taking place They might Shoot The wrong man. you know The law are wrong here say law all These law are wrong — you goT People in prison on Dope case when They should be in a rehab. noT jail I am going To The congress man I will write him a letter and Tell him abouT my promble with The police, I am going To do any Thing and Every Thing To geT These Two officer off The Force. I'm going To leT The people know abouT These Two. I also know — The Trueth abouT The Jewrey Store owner — who goT Kill in The store I know where The gun is and who The real shooter is There was Three who was There you goT a man who name is shack ceT. Paddon. He didn'T do it so ThaT goes To show you how fast a white cop wanT To puT Black People in prison// I would like This paper To go To a judge who would understand my case// BuT you goT To reopen ThaT muder case, I will give you fasT Eddie, I'll Tell you whaT I know and you do — Some Thing for me. geT me a lowyer who will help me fight my law suite, I am noT sueing my lowyer I goT SomeThing more worse for him I am

going To Talk about him really Bad That man was hardly aT any CourT's until The last Day. He puT some white Dude as my crime and you Know some Thing I never seen This white Dude.

They would not let me see The Discovery They Told me you'll geT a copy of The Discovery when I get Back To The county jail I Never got it. They said They Found Dope in my right pants Pocket how could ThaT be when The panTs I had on didnT have any pockets. But yeT He Beat The hell out of me and couse all This injurys. I would want This letter To be with my law suite casees The cop's is wrong on This one. BeatTing me up Down on 15th and Island. He was wrong when he knew my name wasn'T melvan he should of went on about his way But he didnT This is war. me against The San Diego police DeparTment. I am going To Every news' paper There is in San Diego.

well I need some paper work called. superior CourT of apeal. ThaT if my Paper work Been Denie I will Take This To The Fed CourT.

Because I didn'T geT To speck IN STATE CourT, But I Know The Trueth will come out when I have my say. now I'm more hady cap Then Ever before. But I shouldnT have a police or prison file I've Been lie To why Because I dont Know The law ThaT well, and whaT I do Know I goT Blame for a 290 case I FoughT The man who molested The Victom all I wanT To do is speck what is True and leave San Diego. The law here is for only white people you can help people BuT you will geT BeaT up lie on and go To prison. BuT I am here in a prison for Doing no Kind of crime I DiD noT CommenT. and To me That ......

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED

MAR 1 2 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

1983

FILING FEE PAID
Yes No ✓

IFP MOTION FILED
Yes No ✓

COPIES SENT TO
Court ✓ ProSe

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

| | |
|---|---|
| I (a) PLAINTIFFS<br>**Ardy Chadwick** | DEFENDANTS<br>**San Diego Police Department** |
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF San Luis Obispo<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT<br>(IN U.S. PLAINTIFF CASES ONLY)<br>NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>**Ardy Chadwick**<br>**PO Box 8101**<br>**San Luis Obispo, CA 93409**<br>**T-13047** | ATTORNEYS (IF KNOWN)<br><br>'08 CV 0483 JM PCL |

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | PERSONAL PROPERTY | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153Recovery of Overpayment of Veterans Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | | LABOR | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | | | ☐ 710Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☒ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

| | | | |
|---|---|---|---|
| **VII. REQUESTED IN COMPLAINT:** | ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 | **DEMAND $** | Check YES only if demanded in complaint:<br>**JURY DEMAND:** ☐ YES ☐ NO |

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 3/12/2008 SIGNATURE OF ATTORNEY OF RECORD

[signature]