Chadwick ARDY D.
PLAINTIFF/PETITIONER/MOVANT'S NAME

T-13047
PRISON NUMBER

C.MC E
PLACE OF CONFINEMENT

P.O Box 8101
ADDRESS

FILED
MAR 28 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM DEPUTY

# United States District Court
## Southern District Of California

Chadwick ARDY D.,
Plaintiff/Petitioner/Movant

v.

San Diego Police Department
Defendant/Respondent

Civil No. 08CV0483 JM (PCL)
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Chadwick ARDY D,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**

1. Are you currently incarcerated? ☒ Yes ☐ No (If "No" go to question 2)
   If "Yes," state the place of your incarceration C MC E
   Are you employed at the institution? ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No

a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.______________________________

b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. 2001 600.00
home I work for my Dad janatorl

3. In the past twelve months have you received any money from any of the following sources?:

a. Business, profession or other self-employment ☐ Yes ☒ No
b. Rent payments, royalties interest or dividends ☐ Yes ☒ No
c. Pensions, annuities or life insurance ☐ Yes ☒ No
d. Disability or workers compensation ☐ Yes ☒ No
e. Social Security, disability or other welfare ☐ Yes ☒ No
e. Gifts or inheritances ☐ Yes ☒ No
f. Spousal or child support ☐ Yes ☒ No
g. Any other sources ☐ Yes ☒ No

If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.______________________________

4. Do you have any checking account(s)? ☐ Yes ☒ No

a. Name(s) and address(es) of bank(s):______________________________
b. Present balance in account(s):______________________________

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☒ No

a. Name(s) and address(es) of bank(s):______________________________
b. Present balance in account(s):______________________________

6. Do you own an automobile or other motor vehicle? ☐ Yes ☒ No

a. Make:__________ Year:__________ Model:__________
b. Is it financed? ☐ Yes ☒ No
c. If so, what is the amount owed?______________________________

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
☐ Yes ☒ No
If "Yes" describe the property and state its value.___________________________________________

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.___________________________________________

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):___________

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):___________________________________________

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you must explain the sources of funds for your day-to-day expenses._______________

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

3/25/08
DATE

Chadwick HARDY D.
SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
**(Incarcerated applicants only)**
(To be completed by the institution of incarceration)

I certify that the applicant Chadwick Ardy D ________________,
(NAME OF INMATE)

T-13047. ________________,
(INMATE'S CDC NUMBER)

has the sum of $________________ on account to his/her credit at ________________

CMC ________________.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities ________________ to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's ***average monthly balance*** was $________________, and the ***average monthly deposits*** to the applicant's account was $________________.

ALL PRISONERS ***MUST*** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

________________ DATE

________________ SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

________________ OFFICER'S FULL NAME (PRINTED)

________________ OFFICER'S TITLE/RANK

**TRUST ACCOUNT WITHDRAWAL AUTHORIZATION**
**(Incarcerated applicants only)**

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, ARDY D Chadwick, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $350 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

3/24/08
DATE

ARDY D Chadwick
SIGNATURE OF PRISONER

REPORT ID: TS3030 .701

REPORT DATE: 01/02/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 03, 2007 THRU JAN. 02, 2008

ACCOUNT NUMBER : T13047
ACCOUNT NAME : CHADWICK, ARDY
PRIVILEGE GROUP: A

BED/CELL NUMBER: EFDQB7F300007320
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 12/03/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/03 | *VD54 | INMATE PAYROL 2365/08 | | | 5.41 | | 5.41 |
| 12/03 | *VD54 | INMATE PAYROL 2365/08 | | | 3.89 | | 9.30 |
| 12/06 | FC01 | DRAW-FAC 1 | CE2 | | | 4.30 | 5.00 |
| | | ACTIVITY FOR 2008 | | | | | |
| 01/02 | *VD54 | INMATE PAYROL 2798/05 | | | 10.67 | | 15.67 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/24/2007 | H114 | COPAY FEE, MED. | R1360 | 5.00 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/06/01
COUNTY CODE: SO

CASE NUMBER: SCD157651
FINE AMOUNT: $ 400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 12/03/2007 | | BEGINNING BALANCE | | 400.00 |
| 12/03/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.01- | 393.99 |
| 12/03/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 4.32- | 389.67 |
| 01/02/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 11.85- | 377.82 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

REPORT ID: TS3030 .701 REPORT DATE: 01/02/08
PAGE NO: 2

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: DEC. 03, 2007 THRU JAN. 02, 2008

ACCT: T13047 ACCT NAME: CHADWICK, ARDY ACCT TYPE: I

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 19.97 | 4.30 | 15.67 | 5.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 10.67 |

REPORT ID: TS3030 .701 REPORT DATE: 01/24/08

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 29, 2007 THRU JAN. 24, 2008

TOTAL NUMBER OF STATEMENTS PRINTED: 1

TOTAL CURRENT BALANCE FOR ALL THE STATEMENTS: 14.92

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 29, 2007 THRU JAN. 24, 2008

ACCOUNT NUMBER : T13047 BED/CELL NUMBER: EFDQB7F300007320
ACCOUNT NAME : CHADWICK, ARDY ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 08/29/2007 | | BEGINNING BALANCE | | | | | 0.00 |
| 12/03 | *VD54 | INMATE PAYROL 2365/08 | | | 5.41 | | 5.41 |
| 12/03 | *VD54 | INMATE PAYROL 2365/08 | | | 3.89 | | 9.30 |
| 12/06 | FC01 | DRAW-FAC 1 | CE2 | | | 4.30 | 5.00 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/02 | *VD54 | INMATE PAYROL 2798/05 | | | 10.67 | | 15.67 |
| 01/22 | W512 | LEGAL POSTAGE 3196 | | | | 0.75 | 14.92 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 09/24/2007 | H114 | COPAY FEE, MED. | R1360 | 5.00 |
| 01/07/2008 | H110 | COPIES HOLD | 2971 | 31.30 |

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/06/01 CASE NUMBER: SCD157651
COUNTY CODE: SD FINE AMOUNT: $ 400.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 08/29/2007 | | BEGINNING BALANCE | | 400.00 |
| 12/03/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.01- | 393.99 |
| 12/03/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 4.32- | 389.67 |
| 01/02/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 11.85- | 377.82 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 1-24-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

CALIFORNIA MENS COLONY
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 29, 2007 THRU JAN. 24, 2008

ACCT: T13047 ACCT NAME: CHADWICK, ARDY ACCT TYPE: I

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 19.97 | 5.05 | 14.92 | 36.30 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 21.38- |