# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Ardy D. Chadwick

V.

San Diego Police Department

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   08CV0483-JM(PC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the civil action is dismissed without prejudice for failing to prepay civil filing fee required by 28 U.S.C. 1914(a).

| April 9, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
|  | s/J. Petersen |
|  | (By) Deputy Clerk |
|  | ENTERED ON April 9, 2008 |

08CV0483-JM(PC)