**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

FILED

2008 MAY -1 PM 4:28

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Miller

FROM: R. Mullin, Deputy Clerk RECEIVED DATE: 4/30/2008

CASE NO.: 08cv0483 JM (PCL) DOCUMENT FILED BY: Plaintiff

CASE TITLE: Chadwick v. San Diego Police Department

DOCUMENT ENTITLED: Letter

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | **5.4** | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Supplemental documents require court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| X | 83.9 | **OTHER: Ex parte communication is prohibited and case closed.** |

**Date forwarded:** 5/1/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: Judge Miller

Dated: 5/1/08 By: Kim B, PSLC

cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]

united state District court.
880 Front street, suite 4290
San Diego, C.A 92101.

REJECTED

Chadwick ARDY. D.
C.m.c East 7320.
P.o Box 8101.
San luis obispo C.A 93409.

Dear sir/maddom.
Im writting you To let you know I sent you people.
my Trust account slip my counsler DiD The paper work.
for me. you lost my silp But I cant pay The 350.00
I am going To Fight you Tell god Take me away from.
This white man world.
and you say I dont have injury's That judge lost
his mine That Damn cop Busted my Ear Durm and.
gave me head injury's I have sezzer's now from when.
That white cop Body slame me on That car for no Damn
reason and my head hit The windshield, you know I had.
put paper work in and I will put The next one in
Fed's court and I will Tell The Trueth like I am now.
I am going To hit you 3.15 million Dollar's I am.
going To The paper's The New's and I will Tell The
world How The San Diego P.D suck's. They Dont Beat
on [redacted] white people But They will Beat The Hell
out of Black people, I Never seen a white cop.
Beat up no Body white, There some many niggers
in jail you can make a Tarzan movie, I'm in
jail For nothing The court gave me a lowyer who
liell But if it a war you want a war you will get
I will Fight The city of San Diego and you will
really have prombie's. I'm going Face To Face with